UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Josh Sumpter, Jr. a/k/a Josh Sumpter, Debtor. | CHAPTER 13 |
| | BANKRUPTCY CASE NUMBER 16-12644/ELF |
| Nationstar Mortgage, LLC as Servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee to Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE5, <br>     Movant, <br> v. <br><br> Josh Sumpter, Jr. a/k/a Josh Sumpter, <br>     Respondent/Debtor, <br><br> William C. Miller <br>     Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Nationstar Mortgage, LLC as Servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee to Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE5's Objection to Confirmation of Chapter 13 Plan filed with the Court on June 3, 2016.

    Respectfully submitted,

Dated: September 7, 2016

BY:/s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800/ fax (847) 954-4809

S&D File #:16-053194

PA BAR ID #318323
pabk@logs.com